UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MOLLY K. HADDOW, an individual,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DARWIN V. HUCK, an individual and WALMART LLC, a foreign limited liability company,<br><br>　　　　　Defendants. | NO. 3:22-cv-05274-RSL<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS |

## I. STIPULATION

Plaintiff Molly K. Haddow by and through her respective counsel of record hereby stipulates and agrees that all claims against Defendants Darwin V. Huck and Walmart Inc. may be dismissed in their entirety with prejudice and without costs and/or attorney fees as to any party.

///

///

///

///

DATED this 8th day of June, 2023.

WILLIAMS, KASTNER & GIBBS PLLC

By *s/Brendan Vandor*
   Rodney L. Umberger, WSBA #24948
   Brendan T. Vandor, WSBA #49929

601 Union Street, Suite 4100
Seattle, WA  98101-2380
Telephone:  (206) 628-6600
Fax: (206) 628-6611
Email:  rumberger@williamskastner.com
        bvandor@williamskastner.com

**Counsel for Defendants Darwin V. Huck and Walmart Inc.**

DATED this 5th  day of June, 2023.

FREEMAN LAW FIRM, INC.

By *s/Spencer Freeman, email approval 6/5/23*
   Spencer D. Freeman, WSBA #25069

1107 ½ Tacoma Avenue South
Tacoma, WA 98402
Phone: 253.383.4500
Fax: 253.383.4501
Email: sfreeman@freemanlawfirm.org

**Counsel for Plaintiff**

## ORDER OF DISMISSAL

THIS MATTER having come before the Court by way of stipulated motion by Plaintiff to dismiss all claims against Molly K. Haddow and Darwin V. Huck and Walmart Inc. with prejudice and without costs and/or attorney fees as to any party, and the Court being fully advised in the premises, now, and therefore it is hereby ORDERED as follows:

All claims against Defendants Darwin V. Huck and Walmart Inc. are hereby dismissed with prejudice and without costs and/or attorney fees as to any party.

Dated this 9th day of June, 2023.

*MWT S Lasnik*
Robert S. Lasnik
United States District Judge